

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00532-CR

Paul **AGUILAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5627
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 15, 2015.

_____
Marialyn Barnard, Justice